Doe on the Demise of HANNA *v.* COUNTRYMAN.—On appeal.

ACTION of ejectment, commenced in 1848, for real estate in *Allen* county.

The suit is brought by the lessee of a mortgagee against the mortgagor for posession of the mortgaged premises.

The mortgage is dated in *August*, 1843, and contains no agreement that the mortgagee should have possession.

Plea, not guilty. Cause submitted to the Court. Judgment for the defendant.

Nov. Term,
1849.

The only question is, whether the statute of 1843 on the subject, applies to this case. That question has already been decided in the affirmative. *Doe* e. d. *Morgan* v. *Woodward*, at this term (1).

The judgment is affirmed with costs.

